STATE v. G. E. A. SMITH.

No. A-491.    Opinion Filed March 21, 1911.

Appeal from Tulsa County Court; N. J. Gubser, Judge.

This is an appeal by the state from an order sustaining a motion to set aside an information.    Affirmed.

M. A. Breckenridge, for plaintiff in error.
Biddison & Campbell, for defendant in error.

PER CURIAM.    The appeal in this case was filed on the 17th day of December, 1909, more than a year ago.    No brief has been filed on behalf of the plaintiff in error, and no appearance was made for oral argument.    The judgment of the lower court is affirmed for want of prosecution.

---

CHARLES STUARD v. STATE.

No. A-497.    Opinion Filed March 21, 1911.

Appeal from Jefferson County Court; G. M. Bond, Judge.

Charles Stuard was convicted of violating the prohibitory law in the county court of Jefferson county, and appeals.    Affirmed.

Bridges & Vertrees, for appellant.
Smith C. Matson, Asst. Atty. Gen., for appellee.

PER CURIAM.    Upon a careful examination of the record in this case we find no errors depriving the appellant of a substantial right. In our opinion the judgment of the court below should be affirmed, and it is so ordered.